*Wilbur Daniels* and *Morris P. Glushien* for claimant-appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for Edward Corsi, as Industrial Commissioner, appellant.

*George R. Fearon* and *Charles E. Cooney, Jr.,* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.

BERNARD R. LIEBERMAN, Appellant, *v.* LUCILLE E. CHANCE, Respondent, et al., Defendants.

Argued April 8, 1953; decided April 23, 1953.

*Samuel Weisman* and *Nathan L. Lieberman* for appellant.

*Lucille E. Chance,* respondent in person.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

WILLIAM L. WATSON, Appellant, *v.* ALBERT PEARLMAN, Defendant, and 342 EAST 72ND STREET CORPORATION, Respondent.

Argued April 7, 1953; decided April 23, 1953.